**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
IKE WILLIAMS,

                         Plaintiff,                    17 **CIVIL** 7687 (DF)

        -against-                    **JUDGMENT**

MTA BUS COMPANY,

                        Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum and Order dated April 20, 2020, Defendant's motion for summary judgment (Dkt. 48) is granted, and Plaintiff's cross-motion for summary judgment (Dkt. 44) is denied; accordingly, this case is closed.

**Dated:**  New York, New York
       April 22, 2020

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                                  **Clerk of Court**
                                       **BY:**
                                                                  _____
                                                                  **Deputy Clerk**